UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:17-CV-329-TAV-DCP |
| | ) | |
| ADRIAN ROE, MARK R. HORNAK, | ) | |
| ROBERT CESSAR, SOO SONG, | ) | |
| SEAN LANGFORD, ROBERT WERNER, | ) | |
| and MIKE POMPEO, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION**

The Court is in receipt of a pro se prisoner's complaint for violation of 42 U.S.C. § 1983 [Doc. 1], a motion for leave to proceed *in forma pauperis* [Doc. 2], and an amended complaint [Doc. 3]. Under the Prisoner Litigation Reform Act of 1995, a prisoner who files a complaint in a district court must tender the full filing fee or he must file (1) an application to proceed *in forma pauperis* without prepayment of fees *and* (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Plaintiff has not paid the required $400 filing fee, nor has be submitted the proper documents to proceed *in forma pauperis*. Specifically, Plaintiff has not filed a certified copy of his inmate trust account for the previous six-month period.

Plaintiff shall have fifteen (15) days from the date of entry of this order to pay the full filing fee or to submit the necessary documents. The Clerk is **DIRECTED** to send Plaintiff an application to proceed *in forma pauperis*. Plaintiff is hereby **NOTIFIED** that

if he fails to comply with this order, the Court shall presume that Plaintiff is not a pauper, assess the full amount of fees, and order the case dismissed for want of prosecution and/or failure to comply with Court orders.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE